IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,       )
------------------- Plaintiff,  )
                                )  Miami, Florida
                                )
                                )
                                )
                                )
   vs.                          )  Case No.
                                )  06-20137-CR-DLG
                                )
                                )
CINNAMON MONZON; JEFFREY        )
BOATWRIGHT,                     )
                                )
------------------- Defendants. )  PAGES 1 THROUGH 55

TRANSCRIPT OF SENTENCINGS

BEFORE THE HONORABLE DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

AUGUST 25, 2006, 10:35 A.M.

FILED by _____ D.C.
APPEAL
NOV - 9 2006
CLARENCE MADDOX
CLER U.S. DIST. CT.
S.D. OF FLA. MIAMI

ORIGINAL

APPEARANCES:

For the Plaintiff:          Mr. Anthony Lacosta, AUSA
                            OFFICE OF U.S. ATTORNEY
                            99 N.E. 4th Street
                            Miami, Florida  33132

For the Defendant:          Mr. Kenneth H. White, Esq.
(Cinnamon Monzon)           Attorney at Law
                            2400 S. Dixie Highway
                            Suite 200
                            Miami, Florida  33133

For the Defendant:          Mr. Michael D. Walsh, Esq.
(Jeffrey Boatwright)        Attorney at Law
                            46 N.E. 6th Street
                            Miami, Florida  33132